| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>-------------------------------X | Return Date: May 21, 2020<br>@ 10:00. |
| In re: | Chapter 7 |
| SUN PROPERTY CONSULTANTS, INC. | Case No.: 16-72267-las |
|                               Debtor.<br>-------------------------------X<br>MERCHANT ACQUISITIONS, INC. | NOTICE OF MOTION TO<br>WITHDRAW AS COUNSEL |
|                               Plaintiff<br>-against- | Adv. Pro. No. 20-8057-las |
| DIFFICILE REALTY CORP. | |
|                               Defendant.<br>-------------------------------X | |

PLEASE TAKE NOTICE that upon the annexed affirmation of Jeff Morgenstern, Esq., and the prior proceedings heretofore had herein, a motion will be made before the Honorable Louis Scarcella, at the U.S. Bankruptcy Court, 290 Federal Plaza Central Islip, N.Y. 11722 for an Order pursuant to Local Bankruptcy Rule 2090-1(d), authorizing Jeff Morgenstern, PLLC to withdraw and be relieved as co-counsel for the plaintiff Merchant Acquisitions Inc. , and such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, to the relief sought, must conform to the Federal Rules of Bankruptcy Procedure, and the Local Rules of the Bankruptcy Courts, as modified by administrative orders entered, and be filed with the Bankruptcy Court electronically in accordance with General Order # 462, by registered users of the Court's case filing system, and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format ("PDF"),

WordPerfect, Microsoft Word, DOS text (ASCII) or a scanned image of the filing; are to be served so as to be received at least seven (7) days prior to the return date, and, be filed with the Court no late than the day after the date of service.

PLEASE TAKE FURTHER NOTICE that in the event no objection to the Motion is interposed, an Order may be entered without a further hearing.

Dated:   Carle Place, New York
         May 1, 2020

                                              Jeff Morgenstern, PLLC
                                              One Old Country Rd. Suite 320
                                              Carle Place, N.Y. 11514
                                              (516) 739-5908

                                              */s/ Jeff Morgenstern*
                                              Jeff Morgenstern (JM-4163)

TO: Tejal Shah, P.C.
    Attorney for Merchant Acquisitions Inc.
    2545 Hempstead Tpke. Suite 403
    East Meadow, N.Y. 11554

    Merchant Acquisitions, Inc.
    77 North Broadway
    Hicksville, NY 11801
    Attn: Mr. H. Dhillon

    Michael Amato, Esq.
    Ruskin Moscou Faltischek, P.C.
    Attorneys for Defendant
    1425 RXR Plaza  East Tower
    15th Floor
    Uniondale, N.Y. 11556-1425

Notice of Motion to withdraw as counsel

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:
    SUN PROPERTY CONSULTANTS, INC.
                      Debtor.

Chapter 7 Case No. 16-72267-las

MERCHANT ACQUISITIONS, INC.
                      Plaintiff

      -against-

DIFFICILE REALTY CORP.
                      Defendant.

Adv. Pro. No. 20-8057-las

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

JEFF MORGENSTERN, PLLC
ONE OLD COUNTRY ROAD, SUITE 320
CARLE PLACE, NEW YORK 11514
(516) 739-5908

The undersigned attorney, admitted to practice in the Courts of New York State, certifies, that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated: May 1, 2020                Signature /s/ Jeff Morgenstern
                                            Signer's Name : JEFF MORGENSTERN

Service of the within                   is hereby admitted.
Dated: _____   Attorneys for _____

PLEASE TAKE NOTICE

NOTICE OF ENTRY
[ ] that the within is a true copy of an _____ entered in the office of the clerk of the within name Court on _____, 2020.

NOTICE OF SETTLEMENT
[ ] that an Order of which the within is a true copy will be presented for settlement to the _____ on _____, 2020 at

Dated:                                               JEFF MORGENSTERN, PLLC
                                               One Old Country Road, Suite 320
                                               Carle Place, New York 11514
                                               (516) 739-5908