UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
In re:

SUN PROPERTY CONSULTANTS, INC.

Chapter 7
Case No.: 16-72267-las

Debtor

AFFIRMATION

------------------------------------X
MERCHANT ACQUISITIONS, INC.

                Plaintiff

    -against-

Adv. Pro. No. 20-8057-las

DIFFICILE REALTY CORP.

                Defendant.
------------------------------------X

    JEFF MORGENSTERN, ESQ., an attorney admitted to practice in the State of New York and before this Court, hereby affirms the following subject to penalties of perjury:

    1. I have recently appeared as co-counsel for Plaintiff ("Merchants") and to Plaintiff's attorney, Tejal Shah, P.C. and am fully familiar with the facts and circumstances herein.

    2. I seek authority from the Court to be relieved as Merchant's co-counsel. Based upon my analysis of the matter, my legal advice varies from the viewpoints of Merchants and that of Ms. Shah's to the point that is irreconcilable, which in turn prevents me from effectively lending representation. Therefore, it has become apparent that my continuation as co-counsel would be unproductive.

    3. The matter is still at a relatively early stage, awaiting an answer/pre-answer motion to dismiss by the defendant. The next status conference is May 7, 2020.

4. New York CPLR 321(b) authorizes an attorney to withdraw as counsel on appropriate notice. An attorney has a right to terminate the attorney-client relationship. <u>Martini v. Leland</u>, 116 Misc. 2d 231, 455 N.Y.S. 2d 354 (N.Y. Civ. Ct. 1982); good cause exists for counsel to withdraw where continuing the attorney-client relationship would be unproductive. <u>Kolomick v. Kolomick</u>, 133 A.D. 2d 69, 518 N.Y.S. 2d 413 (2d Dept. 1987).

5. Applicant respectfully requests that the Court waive the filing of a legal memorandum, as the motion does not raise unique or novel issues, and pertinent authorities have been cited herein.

6. A proposed Order is annexed hereto.

WHEREFORE, your affirmant respectfully requests the entry of the annexed Order, and such other and further relief as the Court deems just and proper.

Dated:  Carle Place, New York
        May 1, 2020

JEFF MORGENSTERN, PLLC

*[signature]*
By: JEFF MORGENSTERN, (JM-4163)

Affirmation - withdraw as counsel