| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>-------------------------------------------------------X<br>In re<br><br>SUN PROPERTY CONSULTANTS, INC.<br><br>       Debtor.<br>-------------------------------------------------------X<br>MERCHANTS ACQUISITIONS, INC.<br><br>       Plaintiff<br> -against-<br><br>DIFFICILE REALTY CORP.<br>       Defendant.<br>-------------------------------------------------------X | Return Date : May 21, 2020 @ 10:00<br><br><br><br>Chapter 7 Case No. 16-72267-las<br><br><br><br>Adv. Pro. No. 20-8057-las |

## CERTIFICATE OF NO OBJECTION

Pursuant to 28 U.S.C. § 1746, the undersigned hereby certifies as follows:

1. On May 1, 2020, the undersigned filed a motion to withdraw as counsel for the plaintiff in the above-mentioned adversary proceeding ("Motion"). An amended Notice of Motion was filed on May 4, 2020 to clarify the return date.

2. The undersigned scheduled the Motion for May 21, 2020 @ 10:00.

3. Pursuant to E.D.N.Y. LBR 9006-1, responsive papers were to be served so as to be received no later than 7 days before the hearing date (the "Objection Deadline").

4. The Objection Deadline has passed and (i) the Motion was filed and served in a timely fashion ; (ii) no objection has ben filed or served on the movant ; (iii) there is no objection, responsive pleading or request for a hearing with respect to the Motion on the docket, and (iv) movant is aware of no informal objection. Accordingly, this Court may enter the proposed order granting the Motion without the need for a hearing.

Dated : Carle Place, N.Y.
       May 18, 2020

                                      Jeff Morgenstern, PLLC
                                      Moving party
                                      One Old Country Rd. Suite 320
                                      Carle Place, N.Y. 11514
                                      (516) 739-5908

                                      */s/ Jeff Morgenstern*
                                      Jeff Morgenstern (JM-4163)